Davis v. Lamb.

---

## Davis, Appellant, v. Lamb, Respondent.

1. A vendor of land has a lien thereon for the unpaid purchase money.

### Appeal from Grundy Circuit Court.

The plaintiff sets forth in his petition that on the 24th of April, 1857, he entered into a contract with the defendant to sell him a certain tract of land for one hundred and twenty dollars; that the defendant paid twenty-five dollars, and delivered to plaintiff his promissory note for ninety-five dollars, the balance of the purchase money; that at the time of the sale he gave defendant a title bond for said land; that plaintiff has not made a deed to defendant for said land; that the note is still due and unpaid. He asks judgment for the amount of the note, and that the land be sold to pay the same.

*Tindal*, for appellant.

I. The court erred in refusing to enforce the lien.

Napton, Judge, delivered the opinion of the court.

This suit was brought by the vendor of a tract of land against the vendee on a note given for the purchase money; and the object was to procure a judgment on the note, and enforce the lien on the land sold. No title had been made

to the vendee. A judgment by default was had, and at an ensuing term a final judgment on the note, but the court refused to subject the land to its payment.

We have not been able to discover upon what grounds the court refused to enforce the lien. The appellee has not appeared here, and we are not advised of the points upon which the case turned in the circuit court; but if there were any good reasons for denying the enforcement of the vendor's lien in this case, they have escaped our observation in examining the record.

Judgment reversed and case remanded. Judge Ewing concurs. Judge Scott absent.